NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

16-943

STATE OF LOUISIANA

VERSUS

BLAKE ALLEN SHELL
A/K/A BLAKE A. SHELL

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 88404
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Marc T. Amy, and Billy H. Ezell, Judges.

APPEAL DISMISSED. DEFENDANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.

Asa Allen Skinner
District Attorney – Thirtieth Judicial District
Ronald Kenneth Seastrunk, ADA
P.O. Box 1188
Leesville, LA 71496-1188
(337) 239-2008
COUNSEL FOR APPELLEE:
        State of Louisiana

**Annette Roach**
**Louisiana Appellate Project**
**P.O. Box 1747**
**Lake Charles, LA 70602-1747**
**(337) 436-2900**
**COUNSEL FOR APPELLANT:**
       **Blake Allen Shell**

**Amy, Judge.**

Defendant, Blake Allen Shell, was charged in trial court docket number 88404 with underage driving while intoxicated in violation of La.R.S. 14:98.1, a misdemeanor. Defendant entered a plea of no contest and was sentenced on July 26, 2016, to serve three months in the parish jail and to pay a fine of $300.00 to run concurrently with a four year hard labor sentence imposed in trial court docket number 88403. Defendant's motion for appeal sought an appeal of both trial court docket numbers 88403 and 88404. The appeal of both docket numbers was granted.

On appeal, defense counsel contends the trial court erred in granting Defendant's motion for appeal of his misdemeanor conviction for underage driving while intoxicated rather than treating the filing as a timely filed notice of intent to file a supervisory writ of review. She requests this court consider the motion for appeal as a notice of intent to file a writ of review and permit Defendant an opportunity to file a writ of review on the underage driving while intoxicated charge within thirty days of this court's opinion.

The judgment at issue in this case is not an appealable judgment. La.Code Crim.P. art. 912.1; La.R.S. 14:98.1; La.Code Crim.P. art. 779. Therefore, the appeal in this case is hereby dismissed. However, Defendant-Appellant is hereby permitted to file a proper application for supervisory writs, in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than fifteen days from the date of this decision. Defendant-Appellant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITH THIS COURT WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**